UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

WISCONSIN CARRY, INC.,
   *et al.*,

  Plaintiffs,

v.

              Case No.: 10-CV-548

CITY OF MADISON, WISCONSIN,
   *et al.*,

  Defendants.

**JOINT STIPULATION REGARDING EXTENSION OF DATES FOR FILING AMENDED COMPLAINT**

**STIPULATION**

WHEREAS, on April 4, 2011, this Court entered an Opinion and Order, (Dkt. #24), requiring Plaintiffs Wisconsin Carry, Inc., Brad Chapiewsky, Benjamin Moyes, Larry Herzog, and William J. Veerhusen (collectively, "Plaintiffs") to file an amended complaint and brief by April 19, requiring Defendants City of Madison, Wisconsin and Noble Wray (collectively "Defendants") to file a response by May 3, 2011, and requiring Plaintiffs to file a reply by May 10, 2011;

WHEREAS, counsel for Plaintiffs James R. Troupis and Sarah E. Troupis will be out of the office and out of the country from April 6, 2011 through and including April 25, 2011;

NOW, THEREFORE, the parties, by their undersigned counsel, stipulate the foregoing recitals and jointly request that this Court enter the following Order in this matter:

1. The amended complaint and brief shall be filed by May 10, 2011.

2. The response brief shall be filed by May 24, 2011.

1

3. The reply brief shall be filed by May 31, 2011.

Dated this 5th day of April, 2011

*All Plaintiffs*

By:   /s/ James R. Troupis                .
    James R. Troupis
    Sarah E. Troupis
    Troupis Law Office LLC
    7609 Elmwood Avenue, Suite 102
    Middleton, Wisconsin 53562
    Phone: (608) 807-4096
    Email: jrtroupis@troupislawoffice.com
    Email: setroupis@troupislawoffice.com

    John R. Monroe
    Law Offices of John R. Monroe
    Attorney at Law
    9640 Coleman Road
    Roswell, Georgia 30075
    Phone: (678) 362-7650
    Fax: (770) 552-9318
    Email: john.monroe1@earlthlink.net

*All Defendants*

By:   /s/ Richard L. Bolton                .
    Catherine M. Rottier
    Richard L. Bolton
    Boardman, Suhr, Curry & Field LLP
    1 South Pinckney Street, Ste 410
    P.O. Box 927
    Madison, WI 53701-0927
    Phone: (608) 283-1749
    Fax: (608)283-1709
    Email: crottier@boardmanlawfirm.com
    Email: rbolton@boardmanlawfirm.com