IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN CARRY, INC., *et al.*,

      Plaintiffs,

v.

CITY OF MADISON, WISCONSIN, *et al.*,

      Defendants.

AMENDED
SCHEDULING ORDER

10-cv-548-bbc

---

At an August 9, 2011 telephonic scheduling conference, the court struck the remainder of the existing calendar in this case and set these new dates:

 Disclosure of Experts: Proponents: December 19, 2011

         Respondents: February 27, 2012

 Deadline for Filing Dispositive Motions: March 30, 2012

 Settlement Letters: July 20, 2012

 Discovery Cutoff: July 27, 2012

 Rule 26(a)(3) Disclosures and motions in limine: July 27, 2012

         Responses: August 10, 2012

 Final Pretrial Conference: August 16, 2012 at 4:00 p.m.

 Jury Selection and Trial: August 27, 2011 at 9:00 a.m.

  The parties still predict that this case will take three days to try.

Entered this 9th day of August, 2011.

        BY THE COURT:

        /s/

        STEPHEN L. CROCKER
        Magistrate Judge