# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN CARRY, INC.,
BRAD CHAPIEWSKY,
BENJAMIN MOYES,
LARRY HERZOG, and
WILLIAM J. VEERHUSEN,

       Plaintiffs,

v.

CITY OF MADISON, WISCONSIN,

NOBLE WRAY, In his official
capacity as Chief Of Police of
the City of Madison, Wisconsin,

       Defendants.

Case No. 10-CV-548

---

## JOINT MOTION TO DISMISS LAWSUIT AS MOOT
---

Plaintiffs Wisconsin Carry, Inc., Brad Chapiewsky, Benjamin Moyes, Larry Herzog, and William J. Veerhusen (collectively, "Plaintiffs") and Defendants City of Madison, Wisconsin and Noble Wray, in his official capacity as Chief of Police of the City of Madison, Wisconsin (collectively, "Defendants"), hereby move this Court for an order dismissing this case as moot.

Plaintiffs' Second Amended Complaint (Dkt. #28) addressed various alleged policies and practices of the City of Madison with regard to the open carry of firearms within the City of Madison. Specifically, Plaintiffs challenged the constitutionality of these policies under Amendments II, V and XIV to the United States Constitution.

Since the filing of this lawsuit, the City of Madison has clarified its policies, and the State of Wisconsin has also implemented a concealed carry policy. These decisions, as well as the

Court's decision in *Gonzalez v. Vill. Of W. Milwaukee*, 10-2356, 2012 WL 313572 (7th Cir., Feb. 2, 2012), *reh'g denied* (Feb. 14, 2012), render Plaintiffs' challenges to the alleged policies of the City of Madison moot.

For these reasons, Plaintiffs and Defendants respectfully ask this Court for a dismissal of this case with prejudice and without costs.

Dated this 26th day of March 2012.

By: __s/ Sarah E. Troupis_____ .
    James R. Troupis (SBN 1005341)
    Sarah E. Troupis (SBN 1061515)
    Brandon M. Lewis (SBN 1086824)
    8500 Greenway Blvd. Suite 200
    Middleton, Wisconsin 53562
    Phone: 608-807-4096
    Email: jrtroupis@troupislawoffice.com

    John R. Monroe (admitted *pro hac vice*)
    Attorney at Law
    9640 Coleman Road
    Roswell, GA 30075
    Email: john.monroe1@earthlink.net

*Attorneys for Plaintiffs*

By: __s/ Richard L. Bolton_____ .
    Claude J. Covelli (SBN 1014833)
    Catherine M. Rottier (SBN 1016342)
    Richard L. Bolton (SBN 1012552)
    U.S. Bank Building, Suite 410
    1 South Pinckney Street
    P.O. Box 927
    Madison, Wisconsin 53701-0927
    Phone: (608) 257-9521
    Email: ccovelli@boardmanlawfirm.com
    Email: crottier@boardmanlawfirm.com
    Email: rbolton@boardmanlawfirm.com

*Attorneys for Defendants*